UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| ARMANDO MORA-ISABELLES, | ) | CASE NO.   C07-0392-JLR-MAT |
| | ) | (CR 04-092-JLR) |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER TO SHOW CAUSE WHY |
| | ) | § 2255 MOTION SHOULD NOT BE |
| UNITED STATES OF AMERICA, | ) | GRANTED |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

The Court, having considered the § 2255 motion and the files and records herein, does hereby find and ORDER:

(1) On March 12, 2007, petitioner filed a motion pursuant to 28 U.S.C. § 2255. On April 17, 2007, this Court issued an Order directing that the motion be served on respondent and that respondent file an answer to the motion within 30 days of such service. To date, no answer has been filed.

(2) Respondent is therefore ORDERED to show cause within 20 days of the date on which this Order is signed why petitioner's § 2255 motion should not be granted.

(3) The Clerk is directed to send a copy of this Order to petitioner, to the United States

ORDER TO SHOW CAUSE WHY
§ 2255 MOTION SHOULD NOT BE GRANTED
PAGE -1

01 Attorney, and to the Honorable James L. Robart.

02   DATED this 16th day of July, 2007.

_____
Mary Alice Theiler
United States Magistrate Judge

ORDER TO SHOW CAUSE WHY
§ 2255 MOTION SHOULD NOT BE GRANTED
PAGE -2