UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARMANDO MORA-ISABELLES, ) | CASE NO.   C07-0392-JLR-MAT |
| ) | (CR 04-092-JLR) |
| Petitioner, ) | |
| ) | |
| v. ) | ORDER PLACING ON THE |
| ) | MOTIONS CALENDAR |
| UNITED STATES OF AMERICA, ) | RESPONDENT'S SHOW CAUSE |
| ) | RESPONSE |
| Respondent. ) | |
| _____ ) | |

Respondent filed its Response (Dkt. 8) to the court's Order to Show Cause (Dkt. 7) on July 31, 2007. Included with the Response is respondent's Answer to petitioner's habeas petition. In its service order, the court directed respondent to file its Answer as a dispositive motion (Dkt. 6), noting it on the motions calendar for the fourth Friday after filing. Respondent's Answer is therefore NOTED for August 24, 2007. Petitioner's opposition response is due by the preceding Monday, or August 20, 2007, and respondent's reply is due by the noting date itself.

DATED this <u>2nd</u> day of August, 2007.

*/s/ Mary Alice Theiler*
Mary Alice Theiler
United States Magistrate Judge

ORDER PLACING ON THE MOTIONS CALENDAR
RESPONDENT'S SHOW CAUSE RESPONSE
PAGE -1