```
___ FILED       ___ ENTERED
___ LODGED      ___ RECEIVED

NOV 26 2007
       AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                        DEPUTY
```

07-CV-00392-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| ARMANDO MORA-ISABELLES, | ) | CASE NO.  C07-0392-JLR |
| | ) | (CR04-092-JLR) |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER DENYING MOTION |
| | ) | UNDER 28 U.S.C. § 2255 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

The Court, having reviewed the motion for relief under 28 U.S.C. § 2255, the Report and Recommendation of Judge Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's motion for relief under 28 U.S.C. § 2255 (Dkt. No. 1) is DENIED; and

(3) The Clerk is directed to send copies of this Order to petitioner, to the United States Attorney, and to Judge Theiler.

DATED this 26th day of November, 200_.

JAMES L. ROBART
United States District Judge

ORDER DENYING MOTION
UNDER 28 U.S.C. § 2255
PAGE -1